924

APPEAL No. 1154. CAROL CARROCCIO *v.* ONOFRIO CARROCCIO. Matter came on to be heard on Current Argument List on April 5, 1971, having previously been continued from March 1971 Current Argument List, for failure of appellant to appear, and having again failed to appear to argue said matter, on motion of counsel for appellee said matter is dismissed pursuant to Rule 14(f) of Supreme Court. *Gelfuso and Cappalli, A. William Gelfuso,* for plaintiff-appellee. *Onofrio Carroccio,* defendant-appellant, pro se.

## April 13, 1971.

M. P. No. 1275. PHILIP CONKLIN *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus is denied. *Philip Conklin,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1371. FRANK J. CENTAZZO *v.* DOMENIC C. CANNA. Motion for leave to file petition in equity in the nature of quo warranto is granted, writ may issue forthwith. *Anthony R. Berretto,* for petitioner. *Emilio D. Iannuccillo,* Town Solicitor of Bristol, for respondent.

M. P. No. 1372. JOSEPH G. A. RICCIO *v.* TOWN COUNCIL OF BRISTOL. Motion for leave to file petition for writ of certiorari is granted without prejudice to right of respondent to renew objection at the hearing on the merits. *Louis M. Cioci,* for petitioner. *Emilio D. Iannuccillo,* Town Solicitor of Bristol, for respondent.

M. P. No. 1393. IN RE: APPLICATION OF LODGE No. 18, BARRINGTON FRATERNAL ORDER OF POLICE. This matter came on to be heard before Chief Justice Roberts in Chambers on April 12, 1971, on the Application of Lodge No. 18, Barrington, Fraternal Order of Police, dated April 12, 1971, requesting the Chief Justice to appoint a third arbitrator under the provisions of Sec. 28-9.2-8 of the General Laws, as amended, to arbitrate a Collective Bargaining Agreement for the fiscal year commencing